# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

**VOLUNTARY PETITION**

| Name of Debtor - (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Sylvester, Michael** | **Sylvester, Dawn** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| d/b/a Beverly Glass Service | **None** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all): 1946 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all): 8070 |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): 6304 West 117th Avenue Crown Point, IN 46307 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): 6304 West 117th Avenue Crown Point, IN 46307 |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): d/b/a Beverly Glass 10430 South Western Avenue Chicago, IL 60643 | Mailing Address of Joint Debtor (if different from street address): d/b/a Beverly Glass 10430 South Western Avenue Chicago, IL 60643 |
|---|---|

| Location of Principal Assets of Business Debtor: (if different from address listed above) | Attorney for Debtor: Richard N. Golding, of counsel          0992100 Weinberg, Richmond LLP Suite 1800 333 West Wacker Drive          Tel: (312) 845-4864 Chicago, IL 60606          Fax: (312) 807-3903 |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor (Check all boxes that apply)**

[X] Individual(s)     [ ] Railroad
[ ] Corporation      [ ] Stockbroker
[ ] Partnership      [ ] Commodity Broker
[ ] Other            [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

[ ] Chapter 7     [ ] Chapter 11     [X] Chapter 13
[ ] Chapter 9     [ ] Chapter 12
[ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt (Check one box)**

[X] Consumer/Non-Business     [ ] Business

**Filing Fee (Check one box)**

[X] Full filing fee attached

[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business (Check all boxes that apply)**

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Statistical/Administrative Information (Estimates only)**

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/19/2004
Time: 16:25:12
Debtor: MICHAEL SYLVESTER
Case: 04-38899     Fee : 194
Chapter: 13 Rec. # : 3106986
Judge: John Squires
341 mtg: 11/22/2004 @ 03:00PM
ConfHrg: 12/08/2004 @ 10:30AM
Trustee: MARILYN MARSHALL

1:04BK38899-BK001

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**
Michael Sylvester and Dawn Sylvester

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number | Date Filed |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor **None** | Case Number | Date Filed |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Michael P. Sylvester_
Signature of Debtor

X _Dawn M. Sylvester_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date _10/19/04_

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Richard N. Golding, of counsel        0992100
Printed Name of Attorney for Debtor(s)

Weinberg, Richmond LLP
Firm Name

Suite 1800
333 West Wacker Drive
Chicago, IL 60606
Address

(312) 845-4864            (312) 807-3903
Telephone Number            Fax Number

Date _10/19/04_

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address                                        Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Northern District of Illinois
### Eastern Division

In re: **Michael Sylvester and Dawn Sylvester**                    Case No. _____

Debtors                                                                          (if Known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $1,085,000.00 | | |
| B - Personal Property | Yes | 4 | $91,727.11 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $695,286.69 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $184,457.89 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 7 | | $112,759.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $47,447.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $47,881.10 |
| Total Number of Sheets in All Schedules ⇨ | | 22 | | | |
| Total Assets ⇨ | | | $1,176,727.11 | | |
| Total Liabilities ⇨ | | | | $992,504.28 | |

In re:  **Michael Sylvester and Dawn Sylvester**

Last four digits of Social Security No.:    1946
Debtors                                      8070

Case No.

Chapter    13

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM | PRIORITY |
|---|---|---|---|---|---|
| Business Property Commercial Building 10430 South Western Chicago, Illinois 60643 | fee simple | J | $350,000.00 | $30,159.35 Business Credit Line | 1 |
| above item continued | | | | $151,121.71 Business Real Estate Mortgage | 2 |
| Investment Property 6359 South State Road 10 Knox, Indiana 46534 | | W | $205,000.00 | $141,172.15 Investment Property Lease | 1 |
| Investment Property - Vacant Lot 13033 Morse Lane Cedar Lake, IN 46303 | | J | $105,000.00 | $49,416.27 Investment Mortgage - Lease Property | 1 |
| Residence 6304 West 117th Avenue Crown Point, Indiana | fee simple | J | $425,000.00 | $245,442.53 mortgage/residence | 1 |
| above item continued | | | | $77,974.68 Equity Line | 2 |
| | | Total: | $1,085,000.00 | | |

<u>0</u>     continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Last four digits of Social Security No.: **1946**

Debtors

**8070**

Case No.

Chapter    **13**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | J | $250.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash on Deposit | J | $0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposits | J | $0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Various household goods and furnishings<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | J | $6,075.00 |
| | | Various household goods and furnishings<br><br>6359 South State Road 10<br>Knox, Indiana 46534 | J | $1,100.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Various item of clothing<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | J | $620.00 |
| 7.  Furs and jewelry. | | Various jewelry<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | J | $3,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance:  Foresters<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $2,662.69 |
| | | State Farm Life Insurance:  Decreasing Mortgage Life<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $1,312.00 |

3    continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**                                         **Case No.**

**Chapter    13**

**Last four digits of Social Security No.:  1946**

Debtors                                                                          **8070**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.  Annuities. Itemize and name each issuer. | | IRA Certificate - Growth and Income Fund Washington Mutual Investors (American Funds) 6304 West 117th Avenue Crown Point, Indiana 46307 | H | $651.05 |
| | | IRA Retirement. AIM Investments AIM Constellation Fund - Class A 6304 West 117th Avenue Crown Point, Indiana 46307 | W | $1,019.99 |
| | | Retirement Privileged Assets - American Express 6304 West 117th Avenue Crown Point, Indiana 46307 | H | $686.38 |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | | Commercial accts. $47,200 (billed); Residential  $3,000 new contracts signed $111,000 10430 South Western Avenue Chicago, Illinois 60643 | J | $50,200.00 |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

2     continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter    13

**Last four digits of Social Security No.:**  **1946**
Debtors                                                **8070**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including any tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1976 450SL Mercedes (Poor Condition)<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $2,500.00 |
| | | 1984 500SL Mercedes (poor condition)<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $2,500.00 |
| | | 1989 300E Mercedes 4DR Sedan w/damage<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $500.00 |
| | | 1990 SLR Trailer, BYVK<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46304 | H | $150.00 |
| | | 1993 Ford Ranger R14<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $2,300.00 |
| | | 1997 Ford F350 Diesel (Poor Condition)<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | H | $4,000.00 |
| | | Business Trailer - 1998 Hiaui Mark<br><br>6304 West 117th Avenue<br>Crown Point, Indiana | H | $1,500.00 |
| 24. Boats, motors, and accessories. | | 2 Yamaha 1990 Jet Skis (Wave Runner III)<br><br>6359 South State Road 10<br>Knox, Indiana 46534 | H | $1,000.00 |
| 25. Aircraft and accessories. | X | | | |

I    continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter** 13

**Last four digits of Social Security No.:** 1946

Debtors                                         8070

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Office equipment, furnishings, and supplies. | | Various office equipment and furnihings<br><br>10430 South Western Avenue<br>Chicago, Illinois 60643 | J | $1,700.00 |
| 27.  Machinery, fixtures, equipment and supplies in business. | | Various machinery and other supplies used in business<br><br>10430 South Western Avenue<br>Chicago, Illinois 60643 | J | $3,000.00 |
| 28.  Inventory. | | Business Inventory<br><br>10430 South Western Avenue<br>Chicago, Illinois 60643 | J | $5,000.00 |
| 29.  Animals. | | Family Pets, 1 cat, 3 dogs<br><br>6304 West 117th Avenue<br>Crown Point, Indiana 46307 | J | Unknown |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

0    continuation sheet(s) attached                                          Total  ⇨    $91,727.11

In re: **Michael Sylvester and Dawn Sylvester**                    **Case No.**

                                                    **Chapter    13**

**Last four digits of Social Security No.:   1946**
                                            **8070**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

- ☐ 11 U.S.C. 522(b)(1)   Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.
- ☒ 11 U.S.C. 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **None** | | | |

0   continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**

|  | |
|---|---|
| **Last four digits of Social Security No.:**  1946 | **Case No.** |
| Debtors  8070 | **Chapter**  13 |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No: *4002 Bank One P.O. Box 260161 Baton Rouge, LA 70826-0161 | | J | Date Incurred:  1998 Nature of Lien:  Business Credit Line Property: Business Property Commercial Building  VALUE: $350,000.00        PRIORITY  1 | | | | $30,159.35 | $0.00 |
| Account No: *0867 Bank One P.O. Box 26963 Greenboro, NC 27419-6963 | | J | Date Incurred:  1995 Nature of Lien:  mortgage/residence Property: Residence  VALUE: $425,000.00        PRIORITY  1 | | | | $245,442.53 | $0.00 |
| Account No: *6112 Bank One P.O. Box 260161 Baton Rouge, LA 70826-0161 | | J | Date Incurred: Nature of Lien:  Equity Line Property: Residence  VALUE: $425,000.00        PRIORITY  2 | | | | $77,974.68 | $0.00 |
| Account No: *1505 Bank One, NA 111 Monument Circle IN 1-0044 Attn: Ester Barry Indianapolis, IN 46277 | | J | Date Incurred:  1998 Nature of Lien:  Business Real Estate Mortgage Property: Business Property Commercial Building  VALUE: $350,000.00        PRIORITY  2 | | | | $151,121.71 | $0.00 |
| Account No: *5652 Chase Mortgage/Bank One P.O. Box 78828 Phoenix, AZ 85062-8828 | | J | Date Incurred:  2003 Nature of Lien:  Investment Mortgage - Lease Property Property: Investment Property - Vacant Lot  VALUE: $105,000.00        PRIORITY  1 | | | | $49,416.27 | $0.00 |
| Account No: *7645 Green Point Mortgage P.O. Box 84013 Columbus, GA 31908-4013 | | W | Date Incurred:  2001 Nature of Lien:  Investment Property Lease Property: Investment Property  VALUE: $205,000.00        PRIORITY  1 | | | | $141,172.15 | $0.00 |
| Account No: * One Rock Fusco & Garvey, Ltd. 359 N. LaSalle Street, suite 900 Chicago, IL 60610 | | | Date Incurred: Nature of Lien:  VALUE: $0.00        PRIORITY | | | | For notice only | Unknown |
| | | | (Total of this page) Subtotal ⇒ | | | | $695,286.69 | |
| | | | Total ⇒ | | | | $695,286.69 | |

__0__  continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter    13**

**Last four digits of Social Security No.:    1946**

Debtors                                                                                **8070**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled " Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)**

☐   **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, maintenance or support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒   **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1   continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter**    13

Last four digits of Social Security No.:    1946
Debtors                                      8070

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

|  |  |  | Taxes, debts owed to government | | | | | |
| | | | **TYPE OF PRIORITY** | | | | | |
| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No: *0000<br>Cook County  Collector<br>P.O. Box 802448<br>Chicago, IL  60680-2448 | | J | Date Incurred:<br>Consideration for Claim:<br>Property Tax (PIN 24-13-217-029-0000) | | | | $12,102.03<br><br>Estimated | $12,102.03 |
| Account No: *0000<br>Cook County Collector<br>P.O. Box 802448<br>Chicago, IL  60680-2480 | | J | Date Incurred:<br>Consideration for Claim:<br>Property Tax (PIN 24-13-217-028-0000) | | | | $12,355.86 | $12,355.86 |
| Account No:<br>Internal Revenue Service<br>District Director<br>230 South Dearborn Street, Suite 3030<br>Chicago, IL  60604 | | J | Date Incurred:    2000<br>Consideration for Claim:<br>Taxes | X | X | | $160,000.00<br><br>Estimated | $160,000.00 |
| Claim Representative<br>Davis Bedenfield<br><br>Chicago, IL | | | Representing:<br>Internal Revenue Service | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | (Total of this page)    Subtotal ⇒ | | | | $184,457.89 | |
| | | | Total ⇒ | | | | $184,457.89 | |

0    continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**          **Case No.**

                                                          **Chapter    13**

**Last four digits of Social Security No.:  1946**

Debtors                                          **8070**

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingen." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   **Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions, above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *5377<br>Aaron Financial Services/Chgo Hlt Clubs<br>Attn:  Sam Jacobs<br>P.O. Box 469005<br>Chicago, IL  60646-9005 | | W | Date Incurred:  1990<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $4,645.58 |
| Account No: *6005<br>Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL  60453 | | H | Date Incurred:<br>Consideration for Claim:<br>Medical Bills | | | | $80.00 |
| Account No: *98-4<br>Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL  60543 | | H | Date Incurred:<br>Consideration for Claim:<br>Medical Bills | | | | $755.80 |
| Account No: *0119<br>Alliance One<br>P.O. Box 1963<br>Southgate, MI  48195-0963 | | W | Date Incurred:  09/03<br>Consideration for Claim: | | | | $222.04 |
| Account No: *7453<br>Aspire Cardholder Services<br>P.O. Box 105555<br>Atlanta, GA  30348-5555 | | W | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $4,141.13 |
| Account No: *2222<br>Bank One<br>Card Member Services<br>P.O. Box 94014<br>Palatine, IL  60094-4014 | | J | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $4,004.61 |
| Account No: *5473<br>BCS Services Inc. | | J | Date Incurred:  03/28/2003<br>Consideration for Claim:<br>Purchaser of Delinquent Taxes | | | | $6,072.74 |
| | | | | (Total of this page)  Subtotal ⇨ | | | $19,921.90 |
| | | | | Total ⇨ | | | N/A |

6      continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**                    **Case No.**

                                                                  **Chapter    13**

| Last four digits of Social Security No.: | 1946 |
|---|---|
| Debtors | 8070 |

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *28 4<br>Beneficial<br>P.O. Box 4153-K<br>Carol Stream, IL  60197-4153 | | W | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $6,364.50 |
| Account No: *3108<br>Capital One<br>P.O. Box 85015<br>Richmond, VA  23285-5015 | X | W | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $508.48 |
| Account No: *6093<br>Capital One FSB<br>P.O. Box 85184<br>Richmond, VA  23285-5184 | X | H | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $972.91 |
| Account No: *1239<br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA  23288-5015 | | W | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $571.19 |
| Account No: *79 1<br>Carson Pirie Scott<br>P.O. Box 10327<br>Jackson, MS  39289-0327 | | W | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $943.02 |
| Account No: *1564<br>CBCS<br>P.O. Box 69<br>Columbus, OH  43216 | | J | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $208.48 |
| Account No:<br>Charles Ryan Ltd.<br>18141 Dixie Highway, Suite 115<br>Homewood, IL  60430 | | J | Date Incurred:<br>Consideration for Claim:<br>Legal Fees | | | | $1,738.00 |
| Account No: *1111<br>Charter One Bank<br>Attn:  Legal Department<br>1215 Superior Avenue<br>Cleveland, OH  44114 | X | J | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $6,119.18 |
| | | | (Total of this page) | Subtotal ⇒ | | | $17,425.76 |
| | | | | Total ⇒ | | | N/A |

5     continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter    13

Last four digits of Social Security No.:    1946
8070

Debtors

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Claim Representative**<br>Salvatori Spinelli, Esq.<br>135 Maxess Road, Suite 2B<br>Melville, NY  11747 | | | Representing:<br>Charter One Bank | | | | |
| **Account No: *2869**<br>Cinco Estrellas Int'l Inc.<br>4724 West Lawrence Avenue<br>Chicago, IL  60630 | X | J | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $600.00 |
| **Claim Representative**<br>Frank Montgomery, Esq.<br>P.O. Box 917<br>Park Ridge, IL  60068 | | | Representing:<br>Cinco Estrellas Int'l Inc. | | | | |
| **Account No: *1 22**<br>Cingular Wireless<br>P.O. Box 70812<br>Charlotte, NC  28272-0812 | | H | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $173.99 |
| **Account No: *3369**<br>Credit Collections Services (NEBS)<br>2 Wells Street<br>Newton, MA  02459 | X | J | Date Incurred:    2001<br>Consideration for Claim:<br>business debt | | | | $923.19 |
| **Account No: *1523**<br>First Consumers<br>Card Member Services<br>P.O. Box 2638<br>Omaha, NE  68103-2638 | | W | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $1,879.80 |
| **Account No: *2362**<br>First North Americna National Bank<br>FNANB - Fleet<br>P.O. Box 84006<br>Columbus, GA  31908-4006 | | J | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $7,500.00 |
| **Account No: *0256**<br>Fleet Credit Card Services<br>P.O. Box 84006<br>Columbus, GA  31908-4006 | | H | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $7,775.72 |

(Total of this page)  Subtotal ⇒  **$18,852.70**

Total ⇒  N/A

4    continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**                    **Case No.**

                                                                   **Chapter   13**

Last four digits of Social Security No.:   1946
                                           8070
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *8072**<br>Hand & Plastic Surgery<br>5046 Payshere Circle<br>Chicago, IL 60674 | | W | Date Incurred:<br>Consideration for Claim:<br>Medical Bills | | | | $2,030.99 |
| **Account No: *2149**<br>Harrah's East Chicago<br>777 Harrah's Boulevard<br>East Chicago, IN 46312 | | H | Date Incurred:<br>Consideration for Claim:<br>Legal Fees | | | | $3,500.00 |
| Claim Representative<br>Wexler & Wexler<br>500 West Madison Street<br>Suite 2910<br>Chicago, IL 60661 | | | Representing:<br>Harrah's East Chicago | | | | |
| **Account No: *2342**<br>Home Depot Credit Services (Citi Bank)<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | X | W | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $5,640.89 |
| **Account No: *6049**<br>Home Depot Credit Services (CitiBank)<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | X | H | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $4,186.20 |
| **Account No: *1814**<br>Household Retail Services (Menards)<br>Attn: Correspondence Department<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | | H | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $1,199.78 |
| **Account No: *29 1**<br>J.C. Penney<br>P.O. Box 960001<br>Orlando, FL 32896-0001 | | H | Date Incurred:<br>Consideration for Claim:<br>Credit Card Revolving Account | | | | $1,976.44 |
| **Account No:**<br>James Wieser<br>Wieser & Streba<br>425 West Lincoln Highway<br>Schererville, IN 46375 | | J | Date Incurred:<br>Consideration for Claim:<br>Legal Fees | | | | $3,727.99 |
| | | | (Total of this page) Subtotal ⇨ | | | | $22,262.29 |
| | | | Total ⇨ | | | | N/A |

3   continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter 13**

Last four digits of Social Security No.: 1946

Debtors 8070

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CO DEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *8593<br>John Thornton/Gen. Casual. Of IL<br>Thornton Powell, Inc.<br>5550 West 147th Street<br>Oak Forest, IL 60452 | X | J | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $9,182.35 |
| Account No: *74 9<br>Lowes Business Account (GE Capital)<br>P.O. Box 4554, Dept. 79<br>Carol Stream, IL 60197-4554 | X | W | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $1,900.21 |
| Account No: *7242<br>Northwest Indiana Newspaper<br>P.O. Box 8000<br>Hammond, IN 46325-9998 | | W | Date Incurred:<br>Consideration for Claim:<br>Open Account | | | | $137.02 |
| Claim Representative<br>CB USA, Inc.<br>P.O. Box 8000<br>Hammond, IN 46325-9998 | | | Representing:<br>Northwest Indiana Newspaper | | | | |
| Account No: *2157<br>Oak Lawn Radiologist<br>9115 South Cicero Avenue<br>Suite 200<br>Oak Lawn, IL 60453 | | H | Date Incurred:<br>Consideration for Claim:<br>Medical Bills | | | | $28.00 |
| Account No: *6378<br>Post Tribune<br>1433 East 83rd Avenue<br>Merriville, IN 46410-6307 | | J | Date Incurred: 12/02<br>Consideration for Claim:<br>Open Account | | | | $527.23<br><br>Estimated |
| Claim Representative<br>John Wojcik, Esq.<br>Marquette Office Building<br>450 St. John Road, Suite 790<br>Michigan City, IN 46360 | | | Representing:<br>Post Tribune | | | | |
| Account No: *6671<br>R.H. Donnelley Publishing<br>Attn: Legal Department<br>1001 Winstead Drive<br>Cary, NC 27513 | X | J | Date Incurred:<br>Consideration for Claim:<br>business debt | | | | $11,230.32 |
| | | | (Total of this page) Subtotal ⇒ | | | | $23,005.13 |
| | | | Total ⇒ | | | | N/A |

2 continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter   13

Last four digits of Social Security No.:   1946

Debtors   8070

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Claim Representative**<br>Dynamic Recovery Services<br>2775 Villa Creek<br>Suite 290<br>Dallas, TX  75234 | | | **Representing:**<br>R.H. Donnelley Publishing | | | | |
| **Account No:** *7735<br>Reliable Adjustment Bureau Inc.<br>2655 A Park Center Drive<br>Simi Valley, CA  93065 | | H | **Date Incurred:**<br>**Consideration for Claim:**<br>Credit Card Revolving Account | | | | $439.27 |
| **Account No:**<br>Salta Group, Inc. | | J | **Date Incurred:**   03/28/2003<br>**Consideration for Claim:**<br>Purchaser of Delinquent Taxes | | | | $6,213.00 |
| **Account No:** *1816<br>Spiegel Charge<br>Card Processing Center<br>P.O. Box 9204<br>Old Bethpage, NY  11804 | | W | **Date Incurred:**<br>**Consideration for Claim:**<br>Credit Card Revolving Account | | | | $914.61 |
| **Account No:** *2622<br>University of Chicago<br>Trust Mark Recovery<br>8201 South Cass Avenue<br>Darien, IL  60561 | | H | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Bills | | | | $155.80 |
| **Account No:** *4761<br>University of Chicago<br>8201 South Cass Avenue<br>Darien, IL  60561 | | W | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Bills | | | | $1,751.52 |
| **Account No:** *9797<br>University of Chicago - ICS<br>8201 South Cass Avenue<br>Darien, IL  60561 | | W | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Bills | | | | $110.96 |
| **Account No:** *5042<br>University of Chicago - ICS<br>8201 South Cass Avenue<br>Darien, IL  60561 | | W | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Bills | | | | $273.00 |

|  |  |  |  | (Total of this page) Subtotal ⇨ | $9,858.16 |
|---|---|---|---|---|---|
| 1 | continuation sheet(s) attached | | | Total ⇨ | N/A |

In re: **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter  13**

Last four digits of Social Security No.:  **1946**

Debtors  **8070**

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *7051<br>University of Southern Indiana<br>Bursar's Office<br>P.O. Box 3447<br>Evansville, IN  47733-3447 | | J | Date Incurred:  2002<br>Consideration for Claim:<br>Tuition | | | | $1,433.76 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | (Total of this page) Subtotal ⇨ | $1,433.76 |
|---|---|---|
| 0    continuation sheet(s) attached | Total ⇨ | $112,759.70 |

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter   13

**Last four digits of Social Security No.:**   1946

Debtors                                          8070

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[X]  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

0   continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter   **13**

**Last four digits of Social Security No.:   1946**

**8070**

Debtors

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Beverly Glass<br>10430 South Western Avenue<br>Chicago, IL  60643 | Capital One<br>P.O. Box 85015<br>Richmond, VA  23285-5015 |
| above item continued | Charter One Bank<br>Attn:  Legal Department<br>1215 Superior Avenue<br>Cleveland, OH  44114 |
| above item continued | Cinco Estrellas Int'l Inc.<br>4724 West Lawrence Avenue<br>Chicago, IL  60630 |
| above item continued | Credit Collections Services (NEBS)<br>2 Wells Street<br>Newton, MA  02459 |
| above item continued | Home Depot Credit Services (Citi Bank)<br>P.O. Box 6029<br>The Lakes, NV  88901-6029 |
| above item continued | John Thornton/Gen. Casual. Of IL<br>Thornton Powell, Inc.<br>5550 West 147th Street<br>Oak Forest, IL  60452 |
| above item continued | R.H. Donnelley Publishing<br>Attn:  Legal Department<br>1001 Winstead Drive<br>Cary, NC  27513 |
| Oak Forest Glass Service | Capital One FSB<br>P.O. Box 85184<br>Richmond, VA  23285-5184 |

1   continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**

                                                      Case No.

                                                      Chapter    13

**Last four digits of Social Security No.:**  **1946**
                                              **8070**
Debtors

# SCHEDULE  H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| above item continued | Home Depot Credit Services (CitiBank)<br>P.O. Box 6029<br>The Lakes, NV  88901-6029 |
| above item continued | Lowes Business Account (GE Capital)<br>P.O. Box 4554, Dept. 79<br>Carol Stream, IL  60197-4554 |

0    continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter   13

Last four digits of Social Security No.:   1946

Debtors   8070

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | Age |
| Married | **None** | |

| EMPLOYMENT | | | |
|---|---|---|---|
| **DEBTOR** | | **SPOUSE** | |
| Occupation | Glazing Contractor | Occupation | Glazing Contractor |
| Name of Employer | Beverly Glass | Name of Employer | Beverly Glass |
| How long employed | 6 years | How long employed | 6 years |
| Address of Employer | 10430 South Western Avenue | Address of Employer | 10430 South Western Avenue |
| | Chicago, IL  60643 | | Chicago, IL  60643 |

| Income:   (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $0.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $0.00 | $0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $0.00 | $0.00 |
| b. Insurance | $0.00 | $0.00 |
| c. Union dues | $0.00 | $0.00 |
| d. Other (Specify) : | $0.00 | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0.00 | $46,247.00 |
| Income from real property | $575.00 | $625.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| Social security or other government assistance (Specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (Specify) | $0.00 | $0.00 |

1   continuation sheet(s) attached

In re: **Michael Sylvester and Dawn Sylvester**                    Case No.

                                                                   Chapter    13

    **Last four digits of Social Security No.:    1946**
    Debtors                                                **8070**

# SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

### (Continuation Sheet)

| | | |
|---|---|---|
| **TOTAL MONTHLY INCOME** | $575.00 | $46,872.00 |

**TOTAL COMBINED MONTHLY INCOME**     $47,447.00          (Report also on Summary of Schedules)

**Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:**
Business Income:  Economy appears to be steadily increasing, business operation income may increase due to increase in commercial contracts.  Recently, we discontinued Auto Glass and have put all our efforts into commercial/residential contracts.  Has shown good improvement.  We are not limited to just be in the shop atmosphere.  More outside sales are able to be obtained.  Immediate response to all customers and contractors help improve overall ability to gain more jobs by going out on daily sales calls.

0     continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter   13

Last four digits of Social Security No.: 1946
8070

Debtors

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $4,774.62 |
| Are real estate taxes included? | Yes  X   No | |
| Is property insurance included? | Yes  X   No | |
| Utilities    Electricity and heating fuel | | $405.00 |
|              Water and sewer | | $116.65 |
|              Telephone | | $85.00 |
|              Other :    Water softner treatment/cable | | $77.96 |
| Home maintenance (repairs and upkeep) | | $80.00 |
| Food | | $520.00 |
| Clothing | | $40.00 |
| Laundry and dry cleaning | | $35.00 |
| Medical and dental expenses | | $50.00 |
| Transportation (not including car payments) | | $0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $120.00 |
| Charitable contributions | | $120.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|              Homeowner's or renter's | | $0.00 |
|              Life | | $261.17 |
|              Health | | $0.00 |
|              Auto | | $137.00 |
|              Other : | | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|              Specify :    13033 Morse Pl., Cedar Lake, IN | | $1,259.55 |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|              Auto | | $0.00 |
|              Other : | | $0.00 |
| Alimony, maintenance, and support paid to others | | $0.00 |
| Payments for support of additional dependents not living at your home | | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $36,098.99 |
| Other : | | $0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | | $44,180.94 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | | $47,447.00 |
| B. Total projected monthly expenses | | $44,180.94 |
| C. Excess income (A minus B) | | $3,266.06 |
| D. Total amount to be paid into plan each | Monthly | $0.00 |
| | (Interval) | |

0    continuation sheet(s) attached

In re:  **Michael Sylvester and Dawn Sylvester**

**Case No.**

**Chapter    13**

**Last four digits of Social Security No.:    1946**

Debtors                                                **8070**

# ATTACHMENT TO SCHEDULE J
# BUSINESS INCOME AND EXPENDITURES

**Source:**        Beverly Glass

**Ownership:**    Spouse 100%

## CURRENT MONTHLY BUSINESS INCOME

Total:                                                           | $46,247.00 |

## CURRENT MONTHLY BUSINESS EXPENSES

| | | |
|---|---|---|
| 1. | Rent/Mortgage Payment | $1,850.99 |
| 2. | Health Insurance | $612.00 |
| 3. | Electricity and Heating Fuel | $315.00 |
| 4. | Water and Sewer | $10.00 |
| 5. | Insurance:  Business | $1,222.00 |
| 6. | Telephone | $647.00 |
| 7. | Transportation | $400.00 |
| 8. | Auto Insurance | $208.00 |
| 9. | Business Real Estate Tax | $804.00 |
| 10. | Regular Expenses (supplies, glass, metal office, license fees, other) | $15,000.00 |
| 11. | 2 Cell Phones | $152.00 |
| 12. | Gross Payroll | $14,878.00 |
| 13. | Interest | $0.00 |
| 14. | Depreciation | $0.00 |
| 15. | Office Expenses | $0.00 |
| 16. | Dues and Publications | $0.00 |
| 17. | Laundry or Cleaning | $0.00 |
| 18. | Supplies and Materials | $0.00 |
| 19. | Freight | $0.00 |
| 20. | Travel and Entertainment | $0.00 |
| 21. | Wages and Salaries | $0.00 |
| 22. | Commissions | $0.00 |
| 23. | Employee Benefit Programs | $0.00 |
| 24. | Pensions/Profit Sharing Plans | $0.00 |

**Total Current Monthly Expenses**                        | $36,098.99 |
**Excess of Income Over Expenses**                        | $10,148.01 |

 0    continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:                                                              Chapter 13
Michael Sylvester                                  Case Number: _____
Last four digits of Social Security No.: 1946
Dawn Sylvester
Last four digits of Social Security No.: 8070
Debtors

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

We declare under penalty of perjury that we have read the foregoing summary and schedules, consisting of 24 sheets, and they are true and correct to the best of our knowledge, information and belief.

Date: 9/30/04          Signature: _____
                                    Michael Sylvester

Date: 9/30/04          Signature: _____
                                    Dawn Sylvester

### Certification and Signature of Non-Attorney Bankruptcy Petition Preparer (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Print or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                              (Required by 11 USC § 110(c).)

_____
_____
_____
Address                          Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 24 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                               Name:      _____
                               Title:     _____

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re: **Michael Sylvester and Dawn Sylvester**
**Last four digits of Social Security No.: 1946**
**Last four digits of Social Security No.: 8070**

Case No. _____

## Statement Of Financial Affairs

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

    "IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 pecent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    "INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**None**

**[ ]**

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|---|
| H | $277,500.00 | Operation of Busines | 2004 | |
| H | $240,000.00 | Operation of Business | 2003 | |
| H | $200,100.00 | Operation of Business | 2002 | |
| W | $277,500.00 | Operation of Business | 2004 | |

| | | | |
|---|---|---|---|
| W | $240,000.00 | Operation of Business | 2003 |
| W | $200,100.00 | Operation of Business | 2002 |

**None**
**[X]**

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year |
|---|---|---|

**None**
**[ ]**

**3. Payments to creditors**

A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| R.H. Donnelley Publishing Attn: Legal Department 1001 Winstead Drive Cary, NC 27513 | as of 8/28/04 | $1,200.00 | $2,100.00 |

**None**
**[X]**

B. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

**None**
**[ ]**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|

Form7. Statement of Financial Affairs

| | | | |
|---|---|---|---|
| Harrah's IL Comp. (Wexler & Wexler c/o Adam Roberts 500 West Madison, Suite 2910, Chicago, IL 60661 File #6780227) v. Michael Sylvester 02 AR 1007 | Judgment $4,709.00 | Circuit Court of 12th District Will County, Illinois | Disputed 06/27/01; Harrah East Chicago case no. 30SC2149 was nonsuited; docs front & back did not match up in court; worng dates were photo copied from someone else's check w/wrong business name from the the deposit only, even incorrect year. Amount $350 |
| PPG Industries, Inc. v. Beverly Glass Service, Inc. 02 M1 128475 | Judgment: 16,958.13 | Circuit Court of Cook County, 1st District Richard J. Daley Center Chicago, Illinois | Total paid to date: $6,012.26 |
| Sommer & MACA Industries v. Beverly Glass 02 M1 162302 | Default Judgment | Circuit Court of Cook County, Illinois Municipal Division Chicago, Illinois | Paid in full $1,904.58; proof no release given. |
| Pilkington North American Libbey-Owens-Ford Co. vs. Michael Sylvester and Dawn Sylvester d/b/a Bevery Glass Service 02 MI 117319 | Payment Stipulation | Circuit Court Cook County Illinois Chicago, Illinois | Total paid to date: $7,052.45 |
| Harrah's IL Corp. (Wexler & Wexler File #6780226) v Dawn Sylvester 03 AR 1131 | Settlement $6,000 | Circuit Court 12th District Will County, Illinois | Dispute total account balances, paid cash, no record found. Won't pay until proof we owe. Today this case non suited which started the whole mess. Just rec'd court notice 8/19/04, now owe $22,193.00, new court date 09/14/04 1:30 pm Circuit Ct 12th Will County, IL Rm 403 14 W. Jefferson, Joliet, IL |
| Harrah's East Chicago Inc. (File # 6874999) v. Dawn Sylvester (Motion to Vacate Judgment 10/10/2003) 03 SC 2893 | Motion to Vacate Judgment | Will County, Illinois | Withheld payment due to Michael's inaccurate account balance. Dispute 6/27/01. |

Form7. Statement of Financial Affairs

| | | | |
|---|---|---|---|
| City of Chicago v Beverly Glass Service 03RV003198 | Judgment $1,525.00 | | Unpaid business licenses (2); $25 late fees. Heller & Friscone 33 N. LaSalle St., Chicago, IL 60602; case #200400359; phone 312 759 2900 |
| Bank One, NA, successor by merger to Bank One, Indiana NA, Plaintiff vs. Beverly Glass Services, Inc., Chicago Title & Trust Co., Dawn M. Sylvester, Michael D. Sylvester, Unknown Owners and Non-Record Claimants, Defendants. 04 CH 16081 | Summons | Circuit Court of Cook County, County Department Richard J. Daley Center Clark & Washington Streets Chicago, Illinois | Service of Summons has been made; case pending. |
| Northwest Aluminum Frabrications v. Michale Sylvester and Dawn Sylvester, d/b/a Beverly Glass 45C010309CC00316 | Judgment: $5,036.56 (07/21/04) | Lake County Circuit Court Lake County, Indiana | |
| American Express Travel Services v. Dawn Sylvester 45D08 0404 CC 531 | Claim $1,415.15 | Lake County Superior Court Civil Division Lake County, Indiana | |
| Ford Motor Credit d/b/a Primus Auto Financial Service 45D08-0407-CC | Overcharges/Late Fees - $10,111.00 | Lake Superior Ct City Division Rm 2 State of Indiana County Lake 8605 Broadway, Merrillville IN 46410 | |
| American Express v Michael Sylvester 45D10 0302 CC 053 | Judgment 7/11/03 $12,792.82 (Balance) | Lake County Indiana Lake County Bldg. Room 10 Lake County, Indiana | |

**None**
**[X]**

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

**None**
**[X]**

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**None**
**[X]**

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

**None**
**[X]**

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

| None [X] | **7. Gifts** |
|---|---|
| | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

| None [X] | **8. Losses** |
|---|---|
| | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|
| | | |

| None [ ] | **9. Payments related to debt counseling or bankruptcy** |
|---|---|
| | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Richard N. Golding Weinberg Richmond LLP 333 West Wacker Dr., Suite 1800 Chicago, IL 60606 | | $3,500.00 |

| None [X] | **10. Other transfers** |
|---|---|
| | List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| | | |

**None**
**[ ]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| Charter One Bank Attn: Legal Department 1215 Superior Avenue Cleveland, OH 44114 | Business Checking #802 2221 2836. Balance was negative $6119.18. We had delayed 30 day cycle on our business VISA/debit card. Account in collections, settlement amount $3,6711.50, Salvatore Spinelli 800-982-6586 | -$6118.18 02/04 |

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

Form7. Statement of Financial Affairs

None
[X]

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| **Address** | **Name Used** | **Dates of Occupancy** |
|---|---|---|

None
[X]

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
[X]

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| **Site Name and Address** | **Name and Address of Governmental Unit** | **Date of Notice** | **Environmental Law** |
|---|---|---|---|

None
[X]

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| **Site Name and Address** | **Name and Address of Governmental Unit** | **Date of Notice** | **Environmental Law** |
|---|---|---|---|

**None**
**[X]**

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

**None**
**[X]**

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number (EIN) | Address | Nature of Business | Beginning and Ending Dates |
| --- | --- | --- | --- | --- |

**None**
**[X]**

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
| --- | --- |

**\* \* \* \* \* \***

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date __9/30/04__   

Signature of Debtor
Michael Sylvester

Date __9/30/04__   

Signature of Joint Debtor, (if any)
Dawn Sylvester

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number
(Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____       _____
Signature of Bankruptcy Petition Preparer       Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re: **Michael Sylvester and Dawn Sylvester**

Case No.

Chapter    13

Last four digits of Social Security No.: 1946
Debtors                                    8070

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property to be Surrendered | |
|---|---|
| Description of Property | Creditor's Name |
| **None** | |

| Property to be Retained | | | | | |
|---|---|---|---|---|---|
| Description of Property | Creditor's Name | | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
| **None** | | | | | |

Date: _9/30/04_

Signed: _Michael Sylvester_
Michael Sylvester

_Dawn Sylvester_
Dawn Sylvester

0    continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:                                                                                                         Chapter 13

Michael Sylvester                                                                        Case Number: _____
Last four digits of Social Security No.: 1946
Dawn Sylvester
Last four digits of Social Security No.: 8070
Debtors

## Disclosure of Compensation of Attorney for Debtor

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | $3,500.00 |
| Prior to the filing of this statement I have received................................................ | $3,500.00 |
| Balance Due........................................ ...................................................................... | $0.00 |

2.      The source of the compensation paid to me was:
        [X] Debtor [ ] Other (specify)

3.      The source of compensation to be paid to me is:
        [X] Debtor [ ] Other (specify)

4.      [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.      In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
        a.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        d.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.
Date: _____10|1|04_____                              _____
                                                                Signature of Attorney
                                                                Richard N. Golding, of counsel
                                                                Weinberg, Richmond LLP