IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sylvester, Michael | Case Number: 04 B 38899 |
|---|---|---|
| | Sylvester, Dawn | Judge: Squires, John H |
| | Printed: 1/8/08 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 28, 2007
Confirmed: March 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 93,500.00 |  |
| Secured: |  | 25,666.19 |
| Unsecured: |  | 57,256.86 |
| Priority: |  | 4,220.79 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 4,318.69 |
| Other Funds: |  | 2,037.47 |
| Totals: | 93,500.00 | 93,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 1,719.87 | 1,719.87 |
| 7. | JP Morgan Chase Bank | Secured | 2,895.26 | 2,895.26 |
| 8. | JP Morgan Chase Bank | Secured | 21,051.06 | 21,051.06 |
| 9. | Internal Revenue Service | Priority | 4,220.79 | 4,220.79 |
| 10. | Harrah's East Chicago Casino | Unsecured | 1,452.10 | 5,142.00 |
| 11. | Internal Revenue Service | Unsecured | 590.71 | 2,091.74 |
| 12. | Harrah's Illinois Corp | Unsecured | 1,553.20 | 5,500.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,226.40 | 4,342.79 |
| 14. | Hand & Plastic Surgery Assoc. | Unsecured | 424.44 | 1,502.99 |
| 15. | American Express Travel Relate | Unsecured | 409.80 | 1,451.15 |
| 16. | Aspire Visa | Unsecured | 1,310.24 | 4,639.67 |
| 17. | Harrah's East Chicago Casino | Unsecured | 1,586.61 | 5,618.29 |
| 18. | ECast Settlement Corp | Unsecured | 1,467.47 | 5,196.44 |
| 19. | Specialized Management Consultants | Unsecured | 305.57 | 1,082.05 |
| 20. | First Consumers National Bank | Unsecured | 622.51 | 2,204.37 |
| 21. | Citizens Bank | Unsecured | 1,728.06 | 6,119.18 |
| 22. | PPG Auto Glass | Unsecured | 3,471.53 | 0.00 |
| 23. | University Of Southern Indiana | Unsecured | 404.89 | 1,433.76 |
| 24. | Harrah's East Chicago Casino | Unsecured | 892.10 | 3,159.00 |
| 25. | Citibank USA | Unsecured | 1,272.03 | 4,504.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sylvester, Michael | Case Number: 04 B 38899 |
|---|---|---|
| | Sylvester, Dawn | Judge: Squires, John H |
| | Printed: 1/8/08 | Filed: 10/19/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Northwest Indiana Newspaper | Unsecured | 38.69 | 137.02 |
| 27. | ECast Settlement Corp | Unsecured | 388.74 | 1,376.56 |
| 28. | Ford Motor Credit Corporation | Unsecured | 2,877.01 | 0.00 |
| 29. | Charles Ryan Ltd | Unsecured | 495.75 | 1,755.50 |
| 30. | Bank One | Secured | | No Claim Filed |
| 31. | Green Point Mortgage Corp | Secured | | No Claim Filed |
| 32. | Cook County Treasurer | Priority | | No Claim Filed |
| 33. | Beneficial | Unsecured | | No Claim Filed |
| 34. | Alliance One | Unsecured | | No Claim Filed |
| 35. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 36. | Chicago Health Club | Unsecured | | No Claim Filed |
| 37. | BCS Services, Inc | Unsecured | | No Claim Filed |
| 38. | Capital One | Unsecured | | No Claim Filed |
| 39. | Capital One | Unsecured | | No Claim Filed |
| 40. | CBCS | Unsecured | | No Claim Filed |
| 41. | Cingular Wireless | Unsecured | | No Claim Filed |
| 42. | Cinco Estrellas International | Unsecured | | No Claim Filed |
| 43. | Credit Collection | Unsecured | | No Claim Filed |
| 44. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 45. | Home Depot | Unsecured | | No Claim Filed |
| 46. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 47. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 48. | Wieser & Streba | Unsecured | | No Claim Filed |
| 49. | Reliable Adjustment Bureau | Unsecured | | No Claim Filed |
| 50. | Lowes | Unsecured | | No Claim Filed |
| 51. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 52. | Post Tribune | Unsecured | | No Claim Filed |
| 53. | R H Donnelly Publishing | Unsecured | | No Claim Filed |
| 54. | Card Processing Center | Unsecured | | No Claim Filed |
| 55. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 56. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 57. | General Casualty Companies | Unsecured | | No Claim Filed |
| 58. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 59. | Salta Group Inc | Unsecured | | No Claim Filed |
| 60. | American Express | Unsecured | | No Claim Filed |
| 61. | American Express | Unsecured | | No Claim Filed |
| 62. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 63. | Pilkington North American Libbey-Owens | Unsecured | | No Claim Filed |
| 64. | Northwest Aluminum Fabricators | Unsecured | | No Claim Filed |
| 65. | PPG Industries, Inc. | Unsecured | | No Claim Filed |
| 66. | Sommer & MACA Industries | Unsecured | | No Claim Filed |
| 67. | Capital One | Unsecured | | No Claim Filed |
| 68. | First North American Nat Bk | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,404.83 | $ 87,143.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 792.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sylvester, Michael | Case Number: 04 B 38899 |
|---|---|---|
| | Sylvester, Dawn | Judge: Squires, John H |
| | Printed: 1/8/08 | Filed: 10/19/04 |

|  |  |
|---:|---:|
| 3% | 321.00 |
| 5.5% | 1,732.51 |
| 5% | 288.30 |
| 4.8% | 709.26 |
| 5.4% | 475.62 |
| | _____ |
| | $ 4,318.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

